IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| ELECTRONIC EDISON TRANSMISSION TECHNOLOGIES, LLC | § § § § | |
| v. | § § | CASE NO. 2:24-cv-335[JRG] |
| GOOGLE LLC | § § | |

## NOTICE OF APPEARANCE FOR DEFENDANT

Defendant Google LLC files this Notice of Appearance of Counsel and hereby notifies the Court that Tracy A. Stitt of the law firm Jones Day, 51 Louisiana Avenue, N.W., Washington, D.C. 20001-2113 is appearing as counsel for Defendant. All pleadings, discovery, correspondence and other material should be served upon counsel at the address referenced above.

Dated:  July 16, 2024

Respectfully submitted,

By: /s/ *Tracy A. Stitt*
Tracy A. Stitt
tastitt@jonesday.com
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113
Tel: (202) 879-3641
Fax: (202) 626-1700

**Counsel for Defendant**

{A07/07713/0132/W1886800.1 }